**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12202
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KIA HICKMAN,
a.k.a. Mei Ling,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:18-cr-00147-LGW-CLR-13
_____

Before ROSENBAUM, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Hickman's plea agreement is GRANTED.

*See United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (sentence appeal waiver will be enforced where "it was clearly conveyed to the defendant that he was giving up his right to appeal under *most* circumstances" (alterations adopted, emphasis in original)); *United States v. Hunter*, No. 24-1063, slip. op. at 11 (U.S. June 18, 2026) (appeal waivers can be set aside due to a miscarriage of justice "only if the sentence is marred by the kind of egregious error that would bring the judicial system into disrepute").